# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CHARLES JUSTIN SMITH,     )
                                  )
     Plaintiff,         )
                                  )
v.                            )          CV418-311
                                  )
WARDEN MORALES, *et al.*,     )
                                  )
     Defendant.     )

## ORDER

Plaintiff Charles Justin Smith has timely returned this Court's Consent to Collection of Fees form. *See* doc. 6 (timely signature-filed). Given his good faith attempt to comply with the Court's Order, the Court will **VACATE** its Report and Recommendation advising dismissal, doc. 5 (recommending dismissal for Smith's failure to timely return his Consent and Prison Account Statement forms required pursuant to 28 U.S.C. § 1915), and give Smith another chance to comply. The Clerk is **DIRECTED** to send, along with service of this Order, another copy of the Court's form Prison Account Statement. Smith must **complete and return** the form **within 30 days of service of this Order** or face the

reinstatement of the Court's recommendation of dismissal. Fed. R. Civ. P. 41(b); S.D. Ga. L. R. 41(b) & (c). Absent a showing of good cause, he will not be given another chance.

**SO ORDERED**, this  13th  day of February, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA