IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES JUSTIN SMITH,

    Plaintiff,

v.

WARDEN MORALIS; DR. AWE; and DR. AGYEMANG;

    Defendants.

CIVIL ACTION NO.: 4:18-cv-311

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 22, 2019 Report and Recommendation, (doc. 11), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Plaintiff has failed to comply with a Court order. The case is accordingly **DISMISSED without prejudice**. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 2nd day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA