# United States District Court
## Southern District of Georgia

CHARLES JUSTIN SMITH,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-311

WARDEN MORALIS; DR. AWE; and DR. AGYEMANG,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated July 2, 2019, adopting the Magistrate Judge's Report and Recommendation; judgment is hereby entered dismissing the case without prejudice.

Approved by: _____

July 19, 2019
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*